

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 FEB -4 AM 9: 15

CALIF...

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br><br>John MORENO<br><br>Defendant. | Magistrate's Case Number:<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code<br>Section(s) 952 and 960-<br>Importation of a Controlled Substance<br>(Felony): |

The undersigned complainant being duly sworn states:

COUNT ONE                                      '13 MJ 04 04

That on or about February 3, 2013 within the Southern District of California, defendant John MORENO did knowingly and intentionally import approximately 107.92 kilograms of marijuana, a schedule I controlled substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

_____

Special Agent
U.S. Homeland Security Investigations

Sworn to before me and subscribed in my presence this 4th day of January, 2013.

_____
WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE





**United States of America**
**vs.**
**John MORENO**

### {PROBABLE CAUSE STATEMENT}

I declare under penalty of perjury, the following is true and correct:

On February 3, 2013, at approximately 1645 hours, John MORENO (MORENO) attempted to enter the United States from Mexico at the San Ysidro Port of Entry (POE). MORENO was the driver and sole occupant of a 2005 Nissan Titan displaying California, United States license plate number 83930C1. At this time, a United States (US) Customs and Border Protection (CBP) officer began to question MORENO. During questioning, MORENO stated that he was not bringing anything from Mexico into the US. During this time, a Canine Enforcement Officer (CEO) approached the vehicle.

The CEO utilized an assigned Narcotic Human Detector Dog (NHDD) to screen the vehicle. During the screen, the NHDD alerted to a trained odor emanating from the vehicle. The CEO notified other CBP officers that the NHDD alerted to the vehicle. The vehicle was driven into secondary for further inspection.

CBP officers inspected the vehicle and discovered packages concealed within the quarter panels, cargo bed, and spare tire of the vehicle. CBP officers probed one of the packages and the contents field tested positive for marijuana. A total of sixty-two (62) packages of marijuana were removed from the vehicle that weighed approximately 107.92 kilograms.

MORENO was arrested for violating Title 21, United States Code, Sections 952 & 960-Importation of a controlled substance.